# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

**ANGELA YVETTE TAYLOR**                                                          **PLANTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:16cv28 HTW-LRA**

**THE CITY OF JACKSON, MISSISSIPPI**
**DEFENDANT**

---

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

THIS CAUSE came before the Court on the joint *ore tenus* Motion to Dismiss this matter with prejudice. The Plaintiff, Angela Yvette Taylor and the Defendant, City of Jackson, Mississippi Defendants ("City"), through counsel, have agreed to dismiss this action with prejudice. The Court has further been advised by counsel for the Plaintiff and the Defendant, that the parties have reached a settlement of this matter. Therefore, the Court, being duly advised in the premises, and to the parties' agreement to same, finds that the joint *ore tenus* Motion to Dismiss this matter with prejudice made by the Parties is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter is dismissed with prejudice, and that the parties have reached a settlement of this matter.

**IT IS FURTHER ORDERED AND ADJUDGED** that each of the parties shall bear their respective costs and fees in connection herewith.

**SO ORDERED AND ADJUDGED**, this the _____28th_____ day of _____February_____, 2017.

   s/ HENRY T. WINGATE

**JUDGE HENRY T. WINGATE**
**United States District Judge**

PREPARED AND SUBMITTED BY:

/s/ Gregory Burnett
GREGORY BURNETT, MSB NO. 102624
**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile
*Attorney for the Defendant, City of Jackson, Mississippi*

AGREED

  /s/ Richard Hitt
RICHARD HITT, MSB NO. 99597Mississippi Center for Legal Services
414 South State Street, Third Floor
Post Office Box 951
Jackson, Mississippi 39205-0951
**601.948.6752 telephone**
**601.948.6759**
*Attorney for Plaintiff*